RGS

6. Provide a complete and detailed account of the offense for which you seek pardon. You are expected to describe in your own words the relevant factual circumstances of the offense. Do not simply repeat the description of the offense contained in the indictment or presentence report, or rely on criminal code citations alone. If the conviction resulted from a plea agreement, you should describe the full extent of your involvement in the criminal conduct, in addition to the charge(s) to which you pled guilty. If you need more space, use the optional continuation page.

(P6)

US Federal Court House Boston Mass        Sept 11th 2017

Dear Honorable Judge Strens        Court Docket number cr 1:10305

My name is Thomas J Chapman and this letter is to request reconsideration and sealing of Federal Charges that were brought against me back in July 2010 theft of a Goverment Form Conveyance. In my Presidential Pardon to the President of the United States, it took me a lot of FAITH, Courage   asking him for FORGIVENESS of my Federal Charges, that were brought against me back in   July 2010. On the day of March 13th 2010 when I met Neil Armstrong   it was a Honor. to assist him though the process of (US Customs Border Protection Port of Boston Global Entry Line for VIP) to escourt Mr. Armstrong out of the US Customs Hall to his bus going to JFK NY.   While I was with Neil Armstrong coming though the procedure of US Customs, I kept his (US Customs Declaration Form). For which I wanted to put his (USCD Form)   in my 3rd Oldest BLESSED Brother casket the day of His Funeral March 28th 2010. For which I was suppose to put Neil Armstrong (USCD Form back into the box with the other US Customs forms.   It never happen to what transpired with Neil Armstrong US Customs Declaration Form among my friends and I.

Your Honor

As stated in my Presidental Pardon to the President   I was going though a stressful time in My LIFE With Having       3 BLESSED Family Members being called Home to the LORD HOUSE during the Years of (Jan 09 Aug 09 March 2010) including My Bless Mother passing in August 2009.       Knowing during that time I made a mistake by keeping Neil Armstrong US Customs Declaration Form   in which I wanted to put his USCD Form in my Bless Brother casket 3/28/2010. GOD Honest Truth.       Which   never happen to where I gave the (US Customs Declaration form to a friend to compare the Signature of Neil Armstrong to other Famous autographs he has,   then return the (US Customs Declaration Form of Neil Armstrong back to me before My       BLESS Brother Funeral March 28th 2010. Which never happen for the friend tried to sell the USCD Form of Neil Armstrong with out my permission in July 2010

GOD Honest Truth for which I would had said NO!

Denied. RM Stearns, DJ 9-15-17.

Petition for Pardon After Completion of Sentence        Page 3